■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TOROVILLOTA, Appellant. [945 NYS2d 567]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (R. Doyle, J.), rendered February 7, 2011, convicting him of offering a false instrument for filing in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos*, 7 NY3d 737 [2006]; *People v Lopez*, 6 NY3d 248 [2006]; *People v Muniz*, 91 NY2d 570 [1998]; *People v Callahan*, 80 NY2d 273 [1992]). The defendant's valid waiver of his right to appeal precludes review of his challenges to the procedures the Supreme Court utilized in sentencing him (*see People v Callahan*, 80 NY2d at 281; *People v Arrington*, 94 AD3d 903 [2012]; *People v Collier*, 71 AD3d 909, 910 [2010]; *People v Redcross*, 13 AD3d 559 [2004]; *People v Hicks*, 201 AD2d 831, 832 [1994]). Rivera, J.P., Eng, Chambers, Sgroi and Miller, JJ., concur.